The People of the State of New York ex rel. Charles LaPlaca, Respondent, v. Thomas H. Murphy, as Warden of Clinton Prison, Appellant.

Argued January 20, 1938; decided March 1, 1938.

*John J. Bennett, Jr., Attorney-General (Victor F. Boire* and *Patrick H. Clune* of counsel), for appellant.

*Mary Karr Jackson* for respondent.

Order affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Loughran, Finch and Rippey, JJ.   Taking no part: Hubbs, J.